IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :

vs.                               :    CRIMINAL NO. 10-330-01

SHANING WASHINGTON                :

FILED
JAN 1 3 2012
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### JUDGMENT OF ACQUITTAL/NOT GUILTY

**AND NOW**, this **13th** day of **January, 2012**, came the attorney for the Government and the defendant being present with counsel, and

[ ]   The Court having granted the defendant's motion for judgment of acquittal as to:

[ ]   A jury has been waived, and the Court has found the defendant not guilty as to:

[X]   The jury has returned its verdict, finding the defendant not guilty as to:  _1s, 2s & 3s_

**AND IT IS THEREFORE ORDERED** that Judgment in accordance with the above finding is hereby entered pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

BY THE COURT:

_____
Eduardo C. Robreno , J.

cc:   U.S. Marshal
      Probation Office
      N. Rue, AUSA
      M. Engle, Esq.
      U.S. Pretrial

_1/13/12_          _RV_
  Date           By Whom